JAMES GIBBONY & CO. v. ENGBLOM et al. (Circuit Court of Appeals, Fifth Circuit. March 15, 1910.) No. 1,979. Appeal from the District Court of the United States for the Southern District of Alabama. T. M. Stevens

and Joseph H. Lyons, for appellant. John W. McAlpine and H. Pillans, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In this case it is difficult to see how the Russian ship Sylfid, which, at the instance of and for the benefit of the libelants, was taken possession of by the harbor master and moved from its dock, can be held liable to the libelants for any collision which resulted from or followed such moving; and we agree with the trial judge that there was not sufficient evidence to establish negligence or fault against the pilot. The decree of the District Court (169 Fed. 995) is affirmed.